# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Bayou Steel BD Holdings, L.L.C.
    Debtor

Bankruptcy Case No.: 19–12153–KBO

Bankruptcy Chapter: 7

___

George L. Miller

    Plaintiff

    vs.

Reliant Recycling Inc.

    Defendant(s)

Adv. Proc. No.: 21–50222–KBO

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Reliant Recycling Inc.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

_Una O'Boyle_
Una O'Boyle, Clerk of Court

Date: 4/28/21

By: Sherry Scaruzzi, Deputy Clerk

(VAN–431)