# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 4/28/2021 |
| Case: 21−50222−KBO | Form ID: van431 | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft        Reliant Recycling Inc.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
pla        George L. Miller        gmiller@mctllp.com
aty        Andrew W. Caine        acaine@pszyjw.com
aty        Bradford J. Sandler        bsandler@pszjlaw.com
aty        Peter J Keane        pkeane@pszjlaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust        U.S. Trustee        Office of the United States Trustee        J. Caleb Boggs Federal Building        844 King Street, Suite 2207        Lockbox 35        Wilmington, DE 19801
ust        U.S. Trustee        Office of United States Trustee        J. Caleb Boggs Federal Building        844 King Street, Suite 2207        Lockbox 35        Wilmington, DE 19899−0035
ust        United States Trustee (SV)        915 Wilshire Blvd, Suite 1850        Los Angeles, CA 90017

TOTAL: 3