# UNITED STATES BANKRUPTCY COURT
### District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Bayou Steel BD Holdings, L.L.C.<br>　　Debtor | Bankruptcy Case No.: 19–12153–KBO<br><br>Bankruptcy Chapter:  7 |

George L. Miller

　　Plaintiff

Adv. Proc. No.:  21–50222–KBO

　　vs.

Reliant Recycling Inc.

　　Defendant(s)

## JUDGMENT BY DEFAULT

　　On 4/28/21, default was entered against defendant(s) Reliant Recycling Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

　　Judgment is entered against defendant(s) Reliant Recycling Inc. in the amount of $359,567.97 plus court filing costs in the amount of $350.00.

Date: 4/28/21

_Una O'Boyle_

Una O'Boyle, Clerk of Court

(VAN–433b)