# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.* | Case No: 19-12153 (KBO) |
| *Debtors*. | (Jointly Administered) |
| GEORGE MILLER, in his capacity as Chapter 7 Trustee of Bayou Steel BD Holdings, LLC, *et al*. | |
| *Plaintiff*, | Adversary Proceeding No. 21-50222 |
| vs. | |
| RELIANT RECYCLING, INC., | Re: _____ |
| *Defendant*. | |

## ORDER GRANTING RELIANT RECYCLING, INC.'S
## MOTION TO REOPEN ADVERSARY PROCEEDING

Upon *Motion to Reopen Adversary Proceeding* (the "Motion") filed by Reliant Recycling, Inc. (the "Defendant"); and the Court having considered the Motion and the relief requested therein; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT** the Motion is hereby **GRANTED,** and this adversary proceeding is hereby reopened.

Dated: _____

                                                                            Honorable Judge Karen B. Owens
                                                                            United States Bankruptcy Judge