**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.* | Case No: 19-12153 (KBO) |
| *Debtors*. | (Jointly Administered) |
| --------------------------------------------------------- | |
| GEORGE MILLER, in his capacity as Chapter 7 Trustee of Bayou Steel BD Holdings, LLC, *et al*. | Adversary Proceeding No. 21-50222 |
| *Plaintiff*, | |
| vs. | |
| RELIANT RECYCLING, INC., | **Hearing Date: TBD** |
| *Defendant*. | **Responses Due: June 22, 2021 @ 4:00 PM** |

**RELIANT RECYCLING, INC.'S**
**MOTION TO VACATE ENTRY OF DEFAULT JUDGMENT [DOCKET #7]**

Reliant Recycling, Inc. (the "Defendant"), by and through the undersigned counsel, pursuant to Fed.R.Civ.P. Rule 60 as made applicable by Bankruptcy Rule 9024, respectfully requests that the Court vacate the Default Judgment entered against it on April 28, 2021 (Docket #7).

In support of this Motion, the Defendant submits and incorporates by reference a Memorandum of Law, the Affidavit of Jake Himel, and the Defendant's Proposed Order.

WHEREFORE, the Defendant requests that the Default Judgment entered in this matter be vacated and Defendant allowed to present defenses to all claims in these matters.

Dated: June 8, 2021

**The Law Office of James Tobia, LLC**

By:    /s/ *James Tobia*
James Tobia, Esquire (I.D. No. 3798)
1716 Wawaset Street
Wilmington, DE 19806
Tel. (302) 655-5303
Fax (302) 656-8053
Email: jtobia@tobialaw.com

and

**JONES & ASSOCIATES**
By: */s/ Roland Gary Jones*
Roland Gary Jones, Esq.
New York Bar No. RGJ-6902
1325 Avenue of the Americas
28th Floor
New York, NY 10019
Tel. (347) 862-9254
Fax (212) 202-4416
Email: rgj@rolandjones.com
*Pro hac vice motion to be filed.*

*Counsels for the Defendant*