UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.* | Case No: 19-12153 (KBO) |
| *Debtors.* | (Jointly Administered) |
| GEORGE MILLER, in his capacity as Chapter 7 Trustee of Bayou Steel BD Holdings, LLC, *et al.* | Adversary Proceeding No. 21-50222 |
| *Plaintiff,* | |
| vs. | |
| RELIANT RECYCLING, INC., | |
| *Defendant.* | |

### AFFIDAVIT OF JAKE HIMEL IN SUPPORT OF RELIANT RECYCLING, INC.'S MOTION TO VACATE DEFAULT JUDGMENT [DOCKET #6]

Jake Himel, duly sworn, deposes and states:

1. I am the Chief Executive Officer and President of Reliant Recycling, Inc. (the "Defendant").

2. This affidavit is based upon my own personal knowledge, and/or the books and records of the Defendant's office which I personally reviewed. If called upon as a witness, I could, and would testify competently to the contents of this affirmation and of the attached exhibits.

3. The Defendant's principal place of business is at 305 Dickson Road, Houma, LA 70363.

4. The Defendant is a company engaged in the sale of scrap metal to recycling plants.

1

**The ordinary course of business between the Debtors and the Defendant**

5. The Debtors and the Defendant (collectively, the "Parties") first started doing business in or about December 2018.

6. The Defendant sold and delivered mixed scrap metals to the Debtors.

7. There was no written agreement between the Parties. The business between the parties was typically conducted by way of purchase orders and invoices. The Parties first agreed upon the price of the scrap metals per ton at the start of a particular month. The Debtors then confirmed an order by issuing a purchase order to the Defendant. Thereafter, pursuant to the purchase orders, the Defendant delivered the scrap metal to the Debtors.

8. The scrap was delivered to the Debtors' recycling plant by the Defendant's trucks. Multiple truck deliveries were usually required to fulfill a single purchase order.

9. Each truck delivery was accompanied by an invoice. These invoices did not state any payment terms. However, the Debtors' representatives agreed to pay each invoice as soon as possible. The Debtors typically paid within a week or two upon delivery, however, it was not unusual for certain payments to be made in a longer time frame.

10. During the Historical Period[1], the Debtors paid the Defendant between 0 days to 35 days of the invoice date. The average lateness of the Debtors' payment per invoice was 2.21 days. *See Exhibit A - Historical Period Payments Table.*

11. During the Preference Period[2], the Debtors paid the Defendant between 0 days to 9 days of the invoice date. The average lateness of the Debtors' payment per invoice was 2.50 days. *See Exhibit B - Preference Period Payments Table.*

---

[1] The 2-year period prior to the 90 days before the filing of the bankruptcy petition by the Debtors i.e., the period starting July 3, 2017, until July 3, 2019.
[2] The 90-days period prior to the Petition Date i.e., the period starting July 4, 2019, until October 1, 2019.

**Events leading to the default judgment against the Defendant**

12.   Based on the information available on the docket of the above-captioned adversary proceeding, the Defendant was served with process on April 3, 2021.

13.   I cannot recall when the Defendant received process. I, however, check the Defendant's P.O. Box at least once a week.

14.   Based on my recollection, upon receiving process, I forwarded the documents to Mr. Gerald F. Arceneaux.

15.   Mr. Arceneaux, while he is the Defendant's registered agent and is a lawyer, is not in-house counsel to the Defendant.

16.   Since Mr. Arceneaux was not retained to represent the Defendant, and because of an unintentional lag in communication between Mr. Arceneaux and me, the Defendant was unable to respond to the Complaint.

17.   On information and belief, on May 12, 2021, Mr. Arceneaux received the notice of the Plaintiff's request for entry of a default judgment against the Defendant. The delay was caused by the fact that mail to Bourg, Louisiana, is typically collected at New Orleans. It usually takes about two weeks for the mail to be delivered to Bourg, Louisiana. Upon receipt of the notice, Mr. Arceneaux informed me about the Plaintiff's request for an entry of a default judgment against the Defendant and about the need to retain competent counsel.

18.   Upon learning of the Plaintiff's request for entry of a default judgment against the Defendant, I immediately started looking for competent counsel.

19.   On information and belief, Mr. Arceneaux received a copy of the default judgment on or about May 16, 2021.

20.   On May 17, 2021, the Defendant retained Roland Gary Jones, Esq. and his firm to

3

handle this matter.

21. The Defendant had no intent to ignore the complaint filed by the Plaintiff and fully intended to retain counsel in order to answer the complaint.

22. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Dated: June 4th, 2021.

Jake Himel
Reliant Recycling, Inc.

In witness whereof, I have hereunto subscribed my name and affixed my official stamp on this 4th day of June, 2021.

Notary Public



**Exhibit A – Historical Period Payments Table**

| Invoice Date | Invoice Number | Invoice Amount | Payment Receive Date | Payment Amount | Payment Amount | Days to pay |
|---|---|---|---|---|---|---|
| 12-12-2018 | RRI121218 | $139,352.06 | 12-14-2018 | 2000091474 | $139,352.06 | 2 |
| 12-24-2018 | RRI122418 | $92,294.36 | 12-24-2018 | 2000091672 | $92,294.36 | 0 |
| 12-31-2018 | RRI123118 | $97,142.08 | 01-01-2019 | 2000091904 | $97,142.08 | 1 |
| 01-08-2019 | RRI010819 | $68,886.72 | 01-08-2019 | 2000092151 | $68,886.72 | 0 |
| 01-16-2019 | RRI011619 | $3,051.75 | 01-16-2019 | 5116153 | $3,051.75 | 0 |
| 01-16-2019 | RRI011519 | $2,655.90 | 01-16-2019 | 5116201 | $2,655.90 | 0 |
| 01-17-2019 | RRI011419 | $3,445.65 | 01-17-2019 | 5116213 | $3,445.65 | 0 |
| 01-17-2019 | RRI011319 | $3,272.10 | 01-17-2019 | 5116256 | $3,272.10 | 0 |
| 01-16-2019 | RRI011819 | $3,708.90 | 01-18-2019 | 5116317 | $3,708.90 | 2 |
| 01-17-2019 | RRI011219 | $3,313.05 | 01-18-2019 | 5116277 | $3,313.05 | 1 |
| 01-21-2019 | RRI011919 | $3,040.05 | 01-21-2019 | 5116361 | $3,040.05 | 0 |
| 01-21-2019 | RRI012019 | $3,408.60 | 01-21-2019 | 5116399 | $3,408.60 | 0 |
| 01-21-2019 | RRI012119 | $2,928.90 | 01-21-2019 | 5116396 | $2,928.90 | 0 |
| 01-21-2019 | RRI012219 | $4,015.05 | 01-21-2019 | 5116411 | $4,015.05 | 0 |
| 01-25-2019 | RRI012519 | $54,420.87 | 01-28-2019 | 200092713 | $54,420.87 | 3 |
| 02-05-2019 | 190001 | $79,272.05 | 02-05-2019 | 2000092780 | $79,272.05 | 0 |
| 02-12-2019 | 190007 | $60,485.49 | 02-12-2019 | 2000092897 | $60,485.49 | 0 |
| 02-19-2019 | 190013 | $20,193.55 | 02-19-2019 | 2000092934 | $20,193.55 | 0 |
| 02-22-2019 | 190016 | $23,784.52 | 02-22-2019 | 2000093154 | $23,784.52 | 0 |
| 02-28-2019 | 190019 | $65,031.51 | 02-28-2019 | 2000093349 | $65,031.51 | 0 |
| 03-11-2019 | 190025 | $29,963.21 | 03-11-2019 | 2000093757 | $29,963.21 | 0 |
| 03-18-2019 | 190028 | $65,878.53 | 03-18-2019 | 2000093976 | $65,878.53 | 0 |
| 04-04-2019 | 190034 | $3,962.65 | 04-04-2019 | 5119766 | $3,962.65 | 0 |
| 04-04-2019 | 190035 | $3,405.05 | 04-04-2019 | 5119749 | $3,405.05 | 0 |
| 04-04-2019 | 190036 | $3,628.50 | 04-04-2019 | 5119726 | $3,628.50 | 0 |
| 04-04-2019 | 190037 | $4,245.55 | 04-04-2019 |  | $4,245.55 | 0 |
| 04-04-2019 | 190038 | $4,122.55 | 04-04-2019 | 5119840 | $4,122.55 | 0 |
| 04-05-2019 | 190040 | $3,804.45 | 04-05-2019 | 5119888 | $3,804.45 | 0 |
| 04-05-2019 | 190041 | $4,163.25 | 04-05-2019 | 5119853 | $4,163.25 | 0 |
| 03-06-2019 | 190031 | $487,500.00 | 04-09-2019 | 2000094139 | $256,887.21 | 34 |
| 04-26-2019 | 190054 | $3,523.65 | 04-26-2019 | 5120987 | $3,523.65 | 0 |
| 04-09-2019 | 190044 | $72,748.46 | 05-03-2019 | 2000094720 | $31,697.11 | 24 |
| 05-06-2019 | 190058 | $3,368.75 | 05-06-2019 | 5121439 | $3,368.75 | 0 |
| 05-06-2019 | 190059 | $3,552.90 | 05-06-2019 | 5121400 | $3,552.90 | 0 |
| 05-08-2019 | 190065 | $3,137.75 | 05-08-2019 | 5121539 | $3,137.75 | 0 |
| 05-10-2019 | 190062 | $2,738.79 | 05-10-2019 | 3018621 | $2,738.79 | 0 |
| 05-10-2019 | 190063 | $2,567.19 | 05-10-2019 | 3018622 | $2,567.19 | 0 |
| 05-10-2019 | 190064 | $2,563.04 | 05-10-2019 | 3018623 | $2,563.04 | 0 |
| 05-10-2019 | 190066 | $2,149.24 | 05-14-2019 | 3018637 | $2,149.24 | 4 |
| 05-10-2019 | 190068 | $2,431.56 | 05-14-2019 | 502250 | $2,431.56 | 4 |
| 05-13-2019 | 190067 | $2,766.47 | 05-14-2019 | 3018639 | $2,766.47 | 1 |
| 05-14-2019 | 190070 | $2,513.21 | 05-16-2019 | 3018647 | $2,513.21 | 2 |
| 05-15-2019 | 190071 | $2,875.80 | 05-16-2019 | 3018648 | $2,875.80 | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05-15-2019 | 190072 | $2,398.35 | 05-16-2019 | 3018649 | $2,398.35 | 1 |
| 05-16-2019 | 190073 | $2,467.54 | 05-16-2019 | 3018651 | $2,467.54 | 0 |
| 05-16-2019 | 190074 | $2,729.11 | 05-16-2019 | 3018650 | $2,729.11 | 0 |
| 05-16-2019 | 190081 | $2,831.52 | 05-23-2019 | 3018677 | $2,831.52 | 7 |
| 05-17-2019 | 190078 | $2,504.91 | 05-23-2019 | 3018674 | $2,504.91 | 6 |
| 05-17-2019 | 190079 | $3,314.51 | 05-23-2019 | 3018675 | $3,314.51 | 6 |
| 05-17-2019 | 190080 | $2,889.64 | 05-23-2019 | 3018676 | $2,889.64 | 6 |
| 05-23-2019 | 190083 | $2,428.79 | 05-23-2019 | 3018685 | $2,428.79 | 0 |
| 05-23-2019 | 190084 | $2,412.19 | 05-24-2019 | 3018686 | $2,412.19 | 1 |
| 05-23-2019 | 190085 | $2,625.31 | 05-24-2019 | 3018687 | $2,625.31 | 1 |
| 04-22-2019 | 190053 | $33,322.87 | 05-27-2019 | 2000095222 | $33,322.87 | 35 |
| 05-24-2019 | 190086 | $2,672.37 | 05-28-2019 | 3018692 | $2,672.37 | 4 |
| 05-24-2019 | 190088 | $2,680.67 | 05-28-2019 | 3018690 | $2,680.67 | 4 |
| 05-28-2019 | 190087 | $2,532.59 | 05-28-2019 | 3018691 | $2,532.59 | 0 |
| 05-28-2019 | 190093 | $2,563.04 | 05-30-2019 | 3018702 | $2,563.04 | 2 |
| 05-29-2019 | 190094 | $2,742.95 | 05-30-2019 | 3018703 | $2,742.95 | 1 |
| 05-30-2019 | 190095 | $2,589.33 | 06-03-2019 | 3018718 | $2,589.33 | 4 |
| 05-30-2019 | 190096 | $2,583.79 | 06-03-2019 | 3018719 | $2,583.79 | 4 |
| 05-31-2019 | 190097 | $2,453.71 | 06-03-2019 | 3018720 | $2,453.71 | 3 |
| 06-03-2019 | 190098 | $2,277.95 | 06-03-2019 | 3018721 | $2,277.95 | 0 |
| 06-04-2019 | 190101 | $2,497.99 | 06-04-2019 | 3018727 | $2,497.99 | 0 |
| 06-04-2019 | 190102 | $2,381.74 | 06-04-2019 | 3018732 | $2,381.74 | 0 |
| 06-05-2019 | 190103 | $2,796.92 | 06-05-2019 | 3018733 | $2,796.92 | 0 |
| 06-07-2019 | 190106 | $2,491.07 | 06-07-2019 | 3018746 | $2,491.07 | 0 |
| 06-07-2019 | 190107 | $2,192.14 | 06-07-2019 | 3018747 | $2,192.14 | 0 |
| 06-07-2019 | 190108 | $2,652.99 | 06-07-2019 | 3018748 | $2,652.99 | 0 |
| 06-07-2019 | 190109 | $2,474.46 | 06-07-2019 | 506323 | $2,474.46 | 0 |
| 06-07-2019 | 190110 | $4,022.51 | 06-07-2019 | 3018756 | $4,022.51 | 0 |
| 06-07-2019 | 190111 | $2,496.61 | 06-07-2019 | 3018757 | $2,496.61 | 0 |
| 06-07-2019 | 190112 | $2,329.15 | 06-07-2019 | 3018758 | $2,329.15 | 0 |
| 06-24-2019 | 190125 | $137,497.36 | 06-24-2019 | 2000095814 | $137,497.36 | 0 |

Average "days to pay" – 2.21 days.
Range of payments – 0-35 days
Payments made within 0-30 days – 97.29 % of the total payments.

2

**Exhibit B – Preference Period Payments Table**

| Invoice Date | Invoice Number | Invoice Amount | Payment Receive Date | Payment Number | Payment Amount | Days to pay |
|---|---|---|---|---|---|---|
| 07-05-2019 | 190132 | $109,122.48 | 07-08-2019 | 2000095879 | $109,122.48 | 3 |
| 07-22-2019 | 190136 | $16,328.49 | 07-22-2019 | 2000096066 | $16,328.49 | 0 |
| 07-26-2019 | 190139 | $51,518.55 | 07-29-2019 | 2000096157 | $51,518.55 | 3 |
| 07-31-2019 | 190143 | $99,441.95 | 07-31-2019 | 2000096191 | $99,441.95 | 0 |
| 08-02-2019 | 190145 | $9,129.79 | 08-02-2019 | 2000096202 | $9,129.79 | 0 |
| 09-03-2019 | 190162 | $140,556.61 | 09-12-2019 | 2000096873 | $66,529.90 | 9 |

Averages "days to pay" – 2.5 days
Range of payments – 0-9 days
Distribution of payments – 100% payments made within 0-30 days.