**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.* | Case No: 19-12153 (KBO) |
| *Debtors*. | (Jointly Administered) |
| ------------------------------------------------------------ | |
| GEORGE MILLER, in his capacity as Chapter 7 Trustee of Bayou Steel BD Holdings, LLC, *et al*. | |
| *Plaintiff*, | Adversary Proceeding No. 21-50222 |
| vs. | |
| RELIANT RECYCLING, INC., | |
| *Defendant*. | |

**CERTIFICATE OF SERVICE**

    I, James Tobia, Esq. certify under penalty of perjury that on June 8, 2021, I caused to be served Reliant Recycling, Inc.'s Motion to Vacate Entry of Default Judgment by first class mail, postage prepaid, and ECF upon:

**Andrew W. Caine**
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard Suite 1100
Los Angeles, CA 90067

**Peter J Keane**
Pachulski Stang Young & Jones LLP
919 N. Market Street 17th Floor
Wilmington, DE 19801

Dated: June 8, 2021

    The Law Office of James Tobia, LLC

By:/s/ *James Tobia*
James Tobia, Esquire (I.D. No. 3798) 1716 Wawaset Street
Wilmington, DE 19806
Tel. (302) 655-5303
Fax (302) 656-8053
Email: jtobia@tobialaw.com

*Counsel for Reliant Recycling, Inc.*