# EXHIBIT 1 TO ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>RELIANT RECYCLING INC.,<br><br>Defendant. | Adv. Proc. No. 21-50222 (KBO) |

## STIPULATION TO STAY BRIEFING ON
## DEFENDANT'S MOTION TO VACATE AND MOTION TO REOPEN

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Reliant Recycling Inc. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation to Stay Briefing on Defendant's Motion to Vacate and Motion to Reopen* (the "**Stipulation**") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that briefing on *Reliant Recycling, Inc.'s Motion to Reopen Adversary Proceeding* [Docket No. 12] ("Motion to Reopen") and *Reliant Recycling,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

*Inc.'s Motion to Vacate Entry of Default Judgment* [Docket No. 13] ("<u>Motion to Vacate</u>") is stayed until a date to be determined.

2. The Plaintiff agrees that the Plaintiff will not act in furtherance of the Default Judgment dated April 28, 2021, entered against the Defendant, until the resolution of the Motion to Vacate.

3. Except as specifically set forth herein, all rights, claims, and defenses of the Parties are fully preserved.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  June 23, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |

                                      */s/ Peter J. Keane*
                                      Bradford J. Sandler (DE Bar No. 4142)
                                      Andrew W. Caine (CA Bar No. 110345)
                                      Peter J. Keane (DE Bar No. 5503)
                                      919 North Market Street, 17th Floor
                                      P.O. Box 8705
                                      Wilmington, Delaware 19899-8705 (Courier 19801)
                                      Telephone: (302) 652-4100
                                      Facsimile:  (302) 652-4400
                                      Email:    bsandler@pszjlaw.com
                                                      acaine@pszjlaw.com
                                                      pkeane@pszjlaw.com

*Counsel to Plaintiff*

-and-

THE LAW OFFICE OF JAMES TOBIA, LLC

*/s/ James Tobia*
James Tobia (DE Bar No. 3798)
1716 Wawaset Street
Wilmington, DE  19806
Telephone: (302) 655-5303
Facsimile:  (302) 656-8053
Email:    jtobia@tobialaw.com

-and-

JONES &ASSOCIATES
Roland Gary Jones (NY Bar No. RGJ-6902)
1325 Avenue of the Americas, 28th Floor
New York, NY  10019
Telephone: (347) 862-9254
Facsimile:  (212) 202-4416
Email:    rgj@rolandjones.com

*Counsel to Defendant*