# EXHIBIT 1 TO ORDER

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,³<br><br>　　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>RELIANT RECYCLING INC.,<br><br>　　　　　　　　　　　Defendant. | Adv. Proc. No. 21-50222 (KBO) |

**STIPULATION TO VACATE
DEFAULT AND APPOINT MEDIATOR**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Reliant Recycling Inc. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation to Vacate Default and Appoint Mediator* (the "**Stipulation**") and hereby stipulate and agree as follows:

1. The Default Judgment [Docket No. 7] in the above-captioned adversary proceeding is VACATED.

---

³ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

2. The Defendant shall file an answer to the complaint on or before January 31, 2022.

3. Connor Bifferato, Esq. shall be appointed as the mediator (the "Mediator") in this adversary proceeding.

4. The mediation shall be conducted in accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and/or otherwise as may be agreed by the Parties and the Mediator. The Parties will select a date for commencement of the mediation.

5. Except as specifically set forth herein, all rights, claims, and defenses of the Parties are fully preserved.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 21, 2022								PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          acaine@pszjlaw.com
          pkeane@pszjlaw.com

*Counsel to Plaintiff*

-and-

THE LAW OFFICE OF JAMES TOBIA, LLC

*/s/ James Tobia*
James Tobia (DE Bar No. 3798)
1716 Wawaset Street
Wilmington, DE  19806
Telephone: (302) 655-5303
Facsimile:  (302) 656-8053
Email:    jtobia@tobialaw.com

-and-

JONES &ASSOCIATES
Roland Gary Jones (NY Bar No. RGJ-6902)
1325 Avenue of the Americas, 28th Floor
New York, NY  10019
Telephone: (347) 862-9254
Facsimile:  (212) 202-4416
Email:    rgj@rolandjones.com

*Counsel to Defendant*