# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 1/21/2022 |
| Case: 21−50222−KBO | Form ID: pdfgen1 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| pla | George L. Miller | gmiller@mctllp.com |
| aty | Andrew W. Caine | acaine@pszyjw.com |
| aty | Bradford J. Sandler | bsandler@pszjlaw.com |
| aty | James Tobia | jtobia@tobialaw.com |
| aty | Peter J Keane | pkeane@pszjlaw.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

ust   U.S. Trustee   Office of the United States Trustee   J. Caleb Boggs Federal Building   844 King Street, Suite 2207   Lockbox 35   Wilmington, DE 19801
ust   U.S. Trustee   Office of United States Trustee   J. Caleb Boggs Federal Building   844 King Street, Suite 2207   Lockbox 35   Wilmington, DE 19899−0035

TOTAL: 2