**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Bayou Steel BD Holding, L.L.C. | : | Case No.: 19-12153-KBO |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| George L. Miller | : | **MEDIATION STATUS REPORT** |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | Adv. Proc. No.: 21-50222-KBO |
| Reliant Recycling Inc. | : | |
| | : | |
| Defendant. | : | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

   X              Mediation sessions are scheduled to occur on 4/8/2022.

                  A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

                  OTHER:

Dated: March 16, 2022          Mediator

                                            */s/ Ian Connor Bifferato*
                                            Ian Connor Bifferato (DE #3273)
                                            The Bifferato Firm P.A.
                                            1007 N. Orange Street, 4th Floor
                                            Wilmington, DE  19801
                                            Tel. (302) 225-7600
                                            E-mail: cbifferato@tbf.legal