# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Bayou Steel BD Holding, L.L.C. | : | Case No.: 19-12153-KBO |
| | : | |
| Debtor. | : | |
| | : | |
| George L. Miller | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No.: 21-50222-KBO |
| | : | |
| Reliant Recycling Inc. | : | |
| | : | |
| Defendant. | : | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a)  The following individuals were present:

   (1) Counsel (name and party representing):

      Counsel for Plaintiffs: Andrew Caine, Esq.

      Counsel for Defendant: Roland Jones, Esq.

(b)  The following parties failed to appear and/or participate as ordered:

   (1) Parties (name and capacity):

(c)  The outcome of the mediation conference was:

   _____  The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

   _____  The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

|      | |
|------|------|
| \_\_\_\_\_ | The following issues remain for this court to resolve: |
|   X   | The matter has not been resolved and should proceed to trial. |
|   X   | OTHER: After multiple communications and conversations with counsel for the parties, it became clear that further negotiation of a settlement through mediation of this matter would be futile. |

Dated: May 12, 2022      Mediator

                 */s/ Ian Connor Bifferato*
                 Ian Connor Bifferato (DE #3273)
                 The Bifferato Firm P.A.
                 1007 N. Orange Street, 4th Floor
                 Wilmington, DE  19801
                 Tel. (302) 225-7600
                 E-mail: cbifferato@tbf.legal